NO. 12-17-00366-CV

IN THE 12TH COURT OF APPEALS DISTRICT OF TEXAS
AUSTIN, TEXAS

MICHAEL A. KENNEDY          § FROM THE 3RD JUDICIAL
        Appellant           § DISTRICT COURT FOR

VS.                         § ANDERSON COUNTY,
JAMES T. WORTHERN, et al,   § TEXAS
        Appellees,

FILED IN COURT OF APPEALS
12th Court of Appeals District
NOV 27 2017 e12m
TYLER TEXAS
PAM ESTES, CLERK

NOTICE OF APPEALS

I, Michael A. Kennedy, hereby certify a true and correct copy to the foregoing and files a notice of appeals to the civil Rights lawsuit filed in the 3rd Judicial District court for Anderson County, Texas. In civil action.No.3-etc and the notice is given in forma pauperis without cost to Relator.

Signed on this 19 day of November 2017

Respectfully submitted

Michael A. Kennedy
#1516203
Polunsky unit
3872 FM 350 South
Livingston, TX 77351